1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,

12              Plaintiff,

13        v.                                    VERIFIED COMPLAINT FOR
                                                FORFEITURE *IN REM*
14  REAL PROPERTY LOCATED AT 705
    THROUGH 709 SOUTH CALIFORNIA
15  STREET, STOCKTON, CALIFORNIA,
    SAN JOAQUIN COUNTY, APN: 149-084-
16  06, INCLUDING ALL APPURTENANCES
    AND IMPROVEMENTS THERETO,
17
                Defendant.
18

19

20

21        The United States of America, by and through its undersigned attorney, brings

22  this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the

23  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

24

25                              **NATURE OF ACTION**

26        1.      This is a civil action *in rem*, brought by the United States for forfeiture of

27  real property used to facilitate federal drug crimes.

28

                                        1              Verified Complaint for Forfeiture *In Rem*

1

**JURISDICTION AND VENUE**

2        2.        This Court has jurisdiction over an action commenced by the United

3   States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. §

4   1355(a), and over this particular action under 21 U.S.C. § 881.

5        3.        This district is a proper venue pursuant to 28 U.S.C. § 1355 because the

6   acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to

7   28 U.S.C. § 1395(a) because the defendant property is located in this district.

8

9

**GENERAL ALLEGATIONS**

10       4.        The defendant in this action is real property located at 705 through 709

11  South California Street, Stockton, California, San Joaquin County, APN: 149-084-06

12  ("defendant property") and more fully described  in Exhibit A, attached hereto and

13  incorporated herein by reference.

14       5.        The defendant property is an approximately sixth-tenths acre parcel with

15  a single-story structure.  S.L. Toccoli as Trustee of the Beverly J. Toccoli Marital

16  Deduction Trust U/A/D 8/11/99 is record owner of a one-half undivided seventh-eighths

17  interest.  S.L. Toccoli as Trustee of the S.L. Toccoli Survivor's Trust U/A/D 8/11/99 is

18  the record owner of a one-half undivided seventh-eighths interest.  Allyal Properties, a

19  California General Partnership, is the record owner of an undivided twelve and a half

20  percent interest.  The defendant property was previously used by a nursery named

21  "Port City Wholesale, Cut Flower + Floral Supplies."

22       6.        In 2011, the Drug Enforcement Administration ("DEA") received

23  information that there were large marijuana cultivation operations in various

24  warehouse properties in Stockton, California.  Surveillance performed by law

25  enforcement confirmed marijuana cultivation activity on the defendant property in

26  early 2012.

27       7.        On February 15, 2012, law enforcement officers executed a federal search

28  warrant at the defendant property and found a sophisticated marijuana grow operation

2                          Verified Complaint for Forfeiture *In Rem*

1  in the large warehouse facility.  A total of 5,094 marijuana plants in various stages of

2  growth were discovered in various partitioned rooms within the warehouse.

3  Approximately 2,183 of the marijuana plants had a root system.  Officers also found

4  ballasts, grow cycle timers, nutrients, oscillating and box fans, grow lights, and a

5  portable air conditioning system in the marijuana warehouse.

6         8.     Additionally, officers located two firearms in the marijuana warehouse.

7  One firearm, a Remington .22 caliber rifle shotgun, was found suspended from a drop

8  ceiling outside a bedroom occupied by Ramon Gerardo-Armenta.  The second firearm, a

9  shortened pistol grip Mossberg pump action twelve gauge shotgun, was also found

10  suspended from the drop ceiling outside Gerardo-Armenta's bedroom.

11

12  **FIRST CLAIM FOR RELIEF**
    **(21 U.S.C. § 881(a)(7))**

13

14         9.     Paragraphs one to eight above are incorporated by reference as though

15  fully set forth herein.

16        10.    The defendant property, including any right, title and interest in the

17  whole of any lot or tract of land and any appurtenances or improvements thereon, is

18  subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it

19  was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841

20  *et seq.*, an offense punishable by more than one year's imprisonment.

21        11.    The United States does not request authority from the Court to seize the

22  defendant property at this time.  The United States will, as provided by 18 U.S.C. §

23  985(b)(1) and (c)(1):

24              a.     post notice of this action and the Complaint on the defendant

25                  property,

26              b.     serve notice of this action on the defendant property owner along

27                  with a copy of this Complaint; and

28              c.     file with the county where the property is located a *lis pendens*

Verified Complaint for Forfeiture *In Rem*

1    providing notice of the property's status as a defendant in this *in*

2    *rem* forfeiture action.

3        12.    Title 18 U.S.C. § 985(c)(3) provides that, because the United States will

4    post notice of this Complaint on the defendant property, it is not necessary for the

5    Court to issue an arrest warrant *in rem*, or to take any other action to establish *in rem*

6    jurisdiction over the defendant property.

7

8                                **PRAYER FOR RELIEF**

9        WHEREFORE, the United States prays that:

10       1.    Process issue according to the procedures of this Court in cases of action

11   *in rem*;

12       2.    Any person having an interest in said defendant property be given notice

13   to file a claim and to answer the complaint;

14       3.    The Court enter a judgment of forfeiture of the defendant property to the

15   United States; and

16       4.    The Court grant such other relief as may be proper.

17

18   Dated:  3/29/12                              BENJAMIN B. WAGNER
                                                  United States Attorney
19

20                                        By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
21                                               Assistant U.S. Attorney

22

23

24

25

26

27

28

                                        4              Verified Complaint for Forfeiture *In Rem*

1

**<u>VERIFICATION</u>**

2    I, Rebecca A. Caceres, hereby verify and declare under penalty of perjury that I

3  am a Special Agent with the United States Drug Enforcement Administration, that I

4  have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the

5  contents thereof, and that the matters contained in the Verified Complaint are true to

6  the best of my knowledge and belief.

7    The sources of my knowledge and information and the grounds of my belief are

8  the official files and records of the United States and information supplied to me by

9  other law enforcement officers, together with others, as a Special Agent with the Drug

10  Enforcement Administration.

11    I hereby verify and declare under penalty of perjury that the foregoing is true

12  and correct.

13

14  Dated:   3/28/12

15                                                /s/ Rebecca A. Caceres
                                                 REBECCA A. CACERES
16                                               Special Agent
                                                 Drug Enforcement Administration
17

18                                               (Signature retained by attorney)

19

20

21

22

23

24

25

26

27

28

Verified Complaint for Forfeiture *In Rem*

1

**EXHIBIT A**

2
(Real property located at 705 through 709 South California Street, Stockton, CA)

3
The South 50 feet of each of Lots Eight (8), Ten (10) and Twelve (12), in Block D East of Center Street, in the said City of Stockton, according to

4
the Official Map or Plat thereof, San Joaquin County Records.

5
Also that certain parcel of land formerly included within Scott's Avenue adjoining these premises on the South; Bounded on the North by the

6
south

7
line of Block "D" EAST OF CENTER STREET; on the East by the West line of California Street; on the West by the East line of Sutter Street, and

8
on the South by the North line of Block twenty-five (25), SOUTH OF MORMON CHANNEL in the said City of Stockton, according to the

9
Official Map or Plat thereof, San Joaquin County Records.

10
EXCEPT the West 150 feet thereof conveyed to Union Building and Realty Company, a corporation, by deed recorded July 26, 1956, in Vol. 1888 of

11
Official Records, page 521.

12
Also Excepting the Southerly 25.03 feet thereof.

13
APN: 149-084-06

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Verified Complaint for Forfeiture *In Rem*