BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 705 THROUGH 709 SOUTH CALIFORNIA STREET, STOCKTON, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 149-084-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AGAINST REAL PROPERTY |

TO:　SAM LUIGI TOCCOLI
　　　ALLYAL PROPERTIES

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(7) was filed on March 29, 2012, in the United States District Court for the Eastern District of California by Kevin C. Khasigian on behalf of the United States of America against the above-referenced defendant real property. The complaint alleges that said property may, for the causes stated in the complaint, be condemned and forfeited to the United States.

1  In order to avoid forfeiture of the defendant real property, any person claiming
2  an interest in the defendant real property or any of them, must file a Claim, signed
3  under penalty of perjury, asserting that interest in the manner set forth in Rule G(5)(a)
4  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
5  Actions (hereafter "Supplemental Rules"), Federal Rules of Civil Procedure, except that
6  such claim must be filed not later than 35 days after the date of service of the
7  complaint or, as applicable, not later than 60 days after the first day of publication on
8  the official internet government forfeiture site www.forfeiture.gov posting notice of the
9  filing of the complaint.  In addition, any person having filed such a Claim shall also file
10 an Answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil
11 Procedure within 21 days of the filing of your claim.  Supplemental Rule G(5)(a)
12 provides in pertinent part:

> "A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D). If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state the authority in which the agent, bailee, or attorney is duly authorized to make the claim."

18 Claims should be filed with the Office of the Clerk, United States District Court
19 for the Eastern District of California, 501 I Street, Room 4-200, Sacramento, CA 95814,
20 with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street,
21 Suite 10-100, Sacramento, CA 95814.  Additional procedures and regulations
22 pertaining to this forfeiture action are found at 19 U.S.C. §§ 1602-1619 and at 18
23 U.S.C. §§ 981-985.
24 ///
25 ///
26 ///
27 ///
28 ///

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant real property and served on the property owners, along with a copy of the Verified Complaint for Forfeiture *In Rem*.

Dated: 3/29/12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney