1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6
7
8                IN THE UNITED STATES DISTRICT COURT FOR THE
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                          | 2:12-CV-00811-JAM-EFB |
12 |                Plaintiff,                          |                        |
13 |        v.                                          | STIPULATION AND ORDER TO FILE AN AMENDED JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 5, 2012 |
14 | REAL PROPERTY LOCATED AT 705 THROUGH 709 SOUTH CALIFORNIA STREET, STOCKTON, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 149-084-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
18 |                Defendant.                          |                        |

19

20      In response to the August 13, 2012 Related Case Order and the Order requiring

21 the filing of a Joint Status Report, the United States of America and claimants Sam

22 Luigi Toccoli, Lisa Toccoli Stenard and Albert Toccoli, stipulate as follows:

23

24      1.   The time to file an amended joint status report, with the Court's approval,

25 be set for September 5, 2012 to allow the parties to confer regarding the impact of the

26 related criminal action, <u>United States v. Brandon Conley</u>, Case No. 12-CR-00077-JAM,

27
28

                                            1                 Stipulation and Order to File an
                                                              Amended Joint Status Report

and make revisions, if any, to the parties' previously-filed joint status report.[1]

Dated: August 14, 2012              BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

Dated: August 14, 2012              /s/ Kenneth C. Mennemeier
                                    KENNETH C. MENNEMEIER, JR.
                                    Attorney for claimants

                                    (Authorized by phone)

   IT IS SO ORDERED.

Dated: 8/14/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge

---

[1] The parties filed a joint status report in the case on July 25, 2012.  ECF No. 14.