BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 705 THROUGH 709 SOUTH CALIFORNIA STREET, STOCKTON, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 149-084-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:12-CV-00811-TLN-EFB<br><br>NOTICE OF CONCLUSION OF RELATED CRIMINAL MATTER AND REQUEST TO LIFT STAY AND SET A STATUS (PRETRIAL SCHEDULING) CONFERENCE; **ORDER** THEREON |

The United States and claimants Sam Luigi Toccoli, Lisa Toccoli Stenard and Albert Toccoli, by and through their respective counsel, hereby advise the Court that a stay is no longer pertinent in this matter. As described more fully in the Order Staying the Case entered on January 31, 2013 (ECF No. 31), this civil *in rem* forfeiture case has been stayed pending the resolution of the criminal case against Brandon Conley, United States v. Brandon Conley, 2:12-CR-00077-JAM, who had been charged with federal crimes relating to marijuana cultivation at the defendant property.

The criminal case against Conley has concluded, therefore, the reasons underlying the earlier stay are no longer present. Thus, it would be appropriate for the stay to expire, and not be renewed. The parties suggest the Court set this matter for a Status/Scheduling Conference.

Dated:  4/4/13                                                BENJAMIN B. WAGNER
                                                              United States Attorney

                                                        By:   /s/ Kevin C. Khasigian
                                                              KEVIN C. KHASIGIAN
                                                              Assistant U.S. Attorney

Dated:  4/2/13                                                /s/ Kenneth C. Mennemeier, Jr.
                                                              KENNETH C. MENNEMEIER, JR.
                                                              Attorney for claimants
                                                              (Authorized by telephone)

IT IS SO ORDERED.

Dated: April 23, 2013

                                                              Troy L. Nunley
                                                              United States District Judge